UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2022 MAR 29 AM 10: 31

| | |
|---|---|
| BRANDON CALLIER,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL BANCORP HOLDINGS, INC d/b/a THE FEDERAL SAVINGS BANK a Delaware Corporation<br><br>Defendants. | EP-22-CV-0066-KC |

## ENTRY OF DEFAULT

It appearing that the complaint was filed in this case on February 24, 2022; that the summons and complaint were duly served upon the Defendant National Bancorp Holdings, Inc d/b/a The Federal Savings Bank on March 1, 2022 and more than 21 days have passed and no answer or other pleading have been filed by said Defendant as required by law;

Therefore, upon request of the Plaintiff, default is hereby entered against Defendant National Bancorp Holdings, Inc d/b/a The Federal Savings Bank as provided in Rule 55(a), Federal Rules of Civil Procedure.

JEANNETTE J CLACK
By _____
Clerk
*Michael E. Trujillo*
Deputy