FILED
March 31, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Michael Trujillo_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § § § § **Plaintiff,** § § **v.** § § **NATIONAL BANCORP HOLDINGS, INC** d/b/a § **THE FEDERAL SAVINGS BANK** a Delaware § Corporation § § **Defendants.** § § | EP-22-CV-0066-KC |

## REQUEST FOR ENTRY OF DEFAULT JUDGMENT FOR SUM CERTAIN

Plaintiff Brandon Callier requests that the Clerk of Court enter Judgment by Default against Defendant National Bancorp Holdings, Inc d/b/a The Federal Savings Bank pursuant to Federal Rule of Civil Procedure 55(b)(1). In support of this request Plaintiff relies upon the record in this case and the statement of amount due and affidavit submitted herein.

Dated March 30, 2022

*[signature]*
Plaintiff, pro se
Brandon Callier

RECEIVED
March 31, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Michael Trujillo__
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER, § § § Plaintiff, § § v. § § NATIONAL BANCORP HOLDINGS, INC d/b/a § THE FEDERAL SAVINGS BANK a Delaware § Corporation § § Defendants. § § | EP-22-CV-0066-KC |

## JUDGMENT FOR SUM CERTAIN BY DEFAULT

Defendant National Bancorp Holdings, Inc d/b/a The Federal Savings Bank was served with the Summons and Complaint in this action on or about March 1, 2022 and the time for Defendant to appear, answer, or move against the Complaint has expired without an appearance by Defendant; accordingly, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, it is hereby;

ADJUDGED that the Plaintiff, Brandon Callier, recover from the Defendant the sum of $15,000.00, the amount claimed, amounting in all to $15,000.00, plus interest on the judgement at the legal rate until the judgment is satisfied, and that the Plaintiff have execution, therefore.

_____
Jannette J. Clark
Clerk of Court
United States District Court

JUDGMENT ENTERED THIS DAY OF _____, 2022

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER,<br><br>      Plaintiff,<br><br>v.<br><br>NATIONAL BANCORP HOLDINGS, INC d/b/a<br>THE FEDERAL SAVINGS BANK a Delaware<br>Corporation<br><br>      Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§   EP-22-CV-0066-KC<br>§<br>§<br>§<br>§<br>§ |

## CERTIFICATE OF SERVICE

  I herby certify that on March 30, 2022 I caused a true copy of the foregoing, PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT JUDGEMENT FOR SUM CERTAIN to be served via USPS mail to Defendant National Bancorp Holdings, Inc d/b/a The Federal Savings Bank c/o via registered agent The Corporation Trust Company at 1209 Orange Street, Wilmington, Delaware 19801.

March 30, 2022                  Respectfully submitted,

                           *[signature]*

                           Brandon Callier
                           Plaintiff Pro Se
                           6336 Franklin Trail Drive
                           El Paso, TX 79912
                           Callier74@gmail.com